## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| J & J Sports Productions, Inc., | Civil No. 10-1958 (RHK/JJK) |
| Plaintiff, | **ORDER FOR JUDGMENT OF DISMISSAL** |
| v. | |
| Jesus Ramirez, individually and d/b/a Mundo Deportivo, Mundo Deportivo, Inc. d/b/a Mundo Deportivo, and John Does I-V, | |
| Defendants. | |

Pursuant to the parties' Stipulation for Dismissal (Doc. No. 18) filed hereunder,

**IT IS ORDERED** that the above-entitled action, and all its claims, including all direct and indirect claims, made or to be made, is **DISMISSED WITH PREJUDICE**, on the merits and without any award of attorneys' fees, costs and/or disbursements.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: March 9, 2011

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge